IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>        v.<br><br>JADE GOOD,<br><br>                           Defendant. | **8:18CR49**<br><br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 101).   The Court has reviewed the record in this case and finds as follows:

1.     On October 22, 2019, the Court entered a Preliminary Order of Forfeiture (Filing No. 93) pursuant to 21 U.S.C. §§ 841(a)(1), (b)(1), 853 and 18 U.S.C. § 924(c)(1)(A) and based upon defendant Jade Good ("Good") pleading guilty to Counts I and II of the Indictment (Filing No. 1) and admitting the Forfeiture Allegation.   Under the Preliminary Order of Forfeiture, Good forfeited any interest she had in $27,049 in United States currency seized from a motel room at 2920 South 13th Street, #247, Omaha, Nebraska, on or about January 21, 2018, to the government.

2.     A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 23, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication was filed in this case on January 3, 2020 (Filing No. 100).

3.     The government has advised the Court that no petitions have been filed.   A review of the record supports that assertion.

4.     The government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1.     The government's Motion for Final Order of Forfeiture (Filing No.101) is granted.

2.     All right, title, and interest in and to the $27,049 in United States currency seized from a motel room at 2920 South 13th Street, #247, Omaha, Nebraska, on or about January 21, 2018, held by any person or entity are forever barred and foreclosed.

3.     The $27,049 in United States currency is forfeited to the government.

4.     The government is directed to dispose of that currency in accordance with law.

Dated this 23rd day of January 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

2